[No. 10443–8–I.   Division One.   July 26, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROLAND
A. PITRE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 2976, Howard A. Patrick, J., entered March 20,
1981. *Affirmed* by unpublished opinion per Ringold, J.,

concurred in by Durham, A.C.J., and Swanson, J.